UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

E. WATERS & ASSOCIATES, P.C.,Case No. 18-43212-CEC

Debtor.Chapter 11
-----------------------------------------------------------x

# ORDER GRANTING MOTION FOR AN ORDER VACATING
# THE AUTOMATIC STAY

Based upon the Motion for an Order Vacating Stay (the "Motion") filed by 8930 Sutphin Boulevard LLC (the "Landlord") (ECF No. 15) to permit the Landlord to enforce a warrant of eviction obtained previously against E. Waters & Associates, P.C. (the "Debtor") regarding the premises known as 8930 Sutphin Boulevard, Ste. 301, Jamaica, New York (the "Premises"); a hearing on the Motion having been held on August 1, 2018; upon the Court's consideration of the pleadings and papers filed, and the arguments presented at the hearing; and adequate notice of the Motion having been provided, and good cause having been shown, it is hereby

**ORDERED**, the Motion is granted *to the extent set forth herein; and it is further*

*ORDERED, that the automatic stay, as against the Landlord, shall terminate on September 14, 2018 so as to permit the Landlord to repossess the Premises; and it is further*

*ORDERED, that (CEC)* the Landlord may take all necessary steps to execute upon the warrant of eviction *including pre-serving said warrant (CEC)*, ~~other than~~ *but shall not (CEC)* re-take possession of the Premises ~~until~~ *before (CEC)* September 14, 2018 *without obtaining an order authorizing it to do so from this Court*; and it is further

**ORDERED**, ~~that the Landlord is permitted to re-take possession of the Premises on or after September 17, 2018; it is further~~ *(CEC)*

**ORDERED**, that the Debtor is directed to deliver to the Landlord a check in the amount of Eight Thousand Dollars ($8,000.00) made payable to the Landlord by August 2, 2018, and a check for Eight Thousand Dollars ($8,000.00) made payable to the Landlord by September 1, 2018; it is further

*ORDERED, that in the event that the Debtor fails to comply with the payment schedule outlined in this Order, the Landlord may seek further relief on an expedited basis; and it is further (CEC)*

**ORDERED**, that the fourteen (14) day stay of proceedings set forth in Fed. R. Bankr. Proc. 4001 is hereby waived.



**Dated: Brooklyn, New York**
**August 13, 2018**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**